BEFORE THE UNITED STATES JUDICIAL PANEL
ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| In Re Salesforce, Inc. Data Security Breach Litigation | MDL No. 3164 |

**PROOF OF SERVICE**

I hereby certify that on September 16, 2025, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties registered with ECF.

I further certify that on September 16, 2025, I caused to be served a true and correct copy of the foregoing document on the following party via e-mail:

>Francis X. Nolan, IV
>Eversheds Sutherland (US) LLP
>114 Avenue of the Americas, 40th Floor
>New York, NY 10036
>franknolan@eversheds-sutherland.com

>Larry E. LaTarte
>Anderson Tuggle
>Faegre Drinker Biddle & Reath LLP
>2200 Wells Fargo Center
>90 South Seventh Street
>Minneapolis, MN 55402
>Tel: (612) 766-7475
>Tel: (612) 766-7000
>larry.latarte@faegredrinker.com
>anderson.tuggle@faegredrinker.com

**Attorneys for Allianz Life Insurance Company of North America**

| | |
|---|---|
| Dated: September 16, 2025 | LOCKRIDGE GRINDAL NAUEN PLLP |
| | By: */s/ Karen Hanson Riebel*  <br>    Karen Hanson Riebel (MN 0219770) |
| | 100 Washington Ave. S., Suite 2200,  <br>Minneapolis, MN 55401  <br>Tel: 612-596-4097  <br>khriebel@locklaw.com |
| | **Attorney for Plaintiff Ann Worthington** |