BEFORE THE UNITED STATES
JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

| | |
|---|---|
| IN RE: SALESFORCE, INC. DATA SECURITY BREACH LITIGATION | MDL No. 3164 |

## THE PARTIES' JOINT MOTION FOR EXTENSION OF TIME

The deadline to file responses to Plaintiffs' Motion for Transfer and Centralization Pursuant to 28 U.S.C. § 1407 (the "Transfer Motion") is September 24, 2025, and Plaintiffs' deadline to file a reply is October 1. ECF No. 4. Pursuant to Rules 6.1 and 6.3 of the Rules of Procedure of the United States Judicial Panel on Multidistrict Litigation (the "Panel"), Plaintiffs Malcolm Scott, Zenaida Medina, Eliot Canick, Dwhitney Emanuel, Cynthia Montalvan, and Susan Styer (collectively, "Plaintiffs"),[1] together with, and pursuant to the request of, Defendants Farmers Group, Inc., Farmers Insurance Exchange, Farmers New World Life Insurance Company (collectively, "Farmers"), Defendant Allianz Life Insurance Company of North America ("Allianz Life"), Defendant Trans Union LLC ("TransUnion"), Defendant Christian Dior, Inc. ("Dior"), and Defendant Louis Vuitton North America, Inc. ("Louis Vuitton") (Farmers, with Allianz Life, TransUnion, Dior, and Louis Vuitton, the "Defendants") (Plaintiffs with Defendants, the "Parties") respectfully move for an extension of the dates to respond and reply to the Transfer Motion from the current due dates of September 24, 2025 and October 1, 2025, respectively, to October 24, 2025 and October 31, 2025, respectively.

---

[1] These are the six Plaintiffs who filed the Transfer Motion. *See* ECF No. 1.

1

This extension will ensure the Parties have the opportunity to adequately address potential transfer, without impairing the Panel's ability to consider the briefs before the December hearing date. The bases for the requested extension are as follows:

1. Plaintiffs filed the Transfer Motion on August 29, 2025. ECF No. 1. On September 3, 2025, the Panel set the following briefing schedule: Responses to the Transfer Motion are due on or before September 24, 2025; and a reply, if any, is due on or before October 1, 2025. ECF No. 4.

2. This matter has not yet been designated for oral argument, but under the Panel's current briefing schedule, the earliest hearing date for the Transfer Motion is December 4, 2025.[2]

3. The Transfer Motion seeks to transfer and coordinate for pretrial purposes 48 cases "and any tag-along cases subsequently filed arising out of the … data breach impacting Salesforce, Inc. … and its clients … to the United States District Court for the Northern District of California[.]" ECF No. 1 at 1.

4. There is good cause for granting the requested extension.

5. First, the landscape of these different actions is still evolving and it remains unclear how many more cases will be filed, where they will be filed, or what their specific allegations will be. Defendants requested an extension in order to allow their clients to address the transfer question after the scope of the matters before the panel is clearer. Plaintiffs agreed to seek the requested extension in this Joint Motion.

---

[2] *See* "Hearing Information," United States Judicial Panel on Multidistrict Litig., https://www.jpml.uscourts.gov/hearing-information (specifying only September 25 and December 4 as "2025 Upcoming Hearing Sessions").

6. Since the Transfer Motion was filed, eleven new lawsuits related to the Farmers incident have been filed, with more likely in the coming weeks. Separately, in that same time span, five new complaints have been filed against Allianz Life.

7. As new facts continue to emerge, additional new cases, non-moving plaintiffs and Defendants may be encompassed within the proposed MDL. The Transfer Motion references alleged incidents related to Salesforce customers, including (but perhaps not limited to) Farmers, Allianz Life, Louis Vuitton, Dior, and TransUnion. *See* ECF No. 1 at 1. Since the Transfer Motion was filed, other potential Defendants (alleged Salesforce customers) and cases have been related, *see* ECF No. 8 at 2, as well as other additional cases (against previously named Defendants) as recently as September 17, *see* ECF No. 26 and 29. Additionally, Farmers contends that a case was filed this week against it, which also describes incidents linked to Workday and Pandora Jewelry. *See Yadav v. Salesforce, Inc.*, No. 3:25-cv-78487 (N.D. Cal.), ECF No. 1.

8. Defendants contend that the list of which incidents / cases that are ultimately included within the putative MDL is important for them to consider their position in these proceedings. Moreover, these additional Defendants and the non-moving plaintiffs in those cases deserve the opportunity to address the Transfer Motion.

9. Second, the requested extension will not result in any prejudice to the Plaintiffs, other, non-moving plaintiffs, other Defendants (whether currently named or to-be-named), or unduly burden the Panel. This matter has not yet been designated for oral argument, but under the current briefing schedule, the earliest possible hearing date for the Transfer Motion is December 4, 2025. Under the proposed extended schedule, all briefing will be completed on October 31, 2025, over a month before a December hearing.

WHEREFORE, the Parties respectfully request that the Panel grant the extensions of time to respond and reply to the Transfer Motion.

Dated: September 18, 2025                                         Respectfully submitted,

                                                        */s/ Keara M. Gordon*
Keara M. Gordon
**DLA PIPER LLP (US)**
1251 Avenue of the Americas
New York, NY 10020
Tel: 212.335.4500
Fax: 212.335.4501
Email: keara.gordon@us.dlapiper.com

*Attorney for Defendants Farmers Group, Inc., Farmers Insurance Exchange, and Farmers New World Life Insurance Company*

*/s/ Francis X. Nolan, IV*
EVERSHEDS SUTHERLAND (US) LLP
1114 Avenue of the Americas
The Grace Building, 40th Floor
New York, New York 10036
Telephone: (212) 389-5083
Facsimile: (212) 389-5099
franknolan@eversheds-sutherland.com

*Attorney for Defendant Allianz Life Insurance Company of North America*

*/s/ Wesley Sze*
GIBSON, DUNN & CRUTCHER LLP
310 University Avenue
Palo Alto, CA 94301
Telephone: (650) 849-5347
Facsimile: (650) 849-5047
wsze@gibsondunn.com

*Attorney for Defendant Christian Dior, Inc.*

      */s/ Mylan L. Denerstein*
GIBSON, DUNN & CRUTCHER LLP
200 Park Avenue, 48th Floor
New York, NY 10166
Telephone: (212) 351-3850
Facsimile: (212) 351-6350
mdenerstein@gibsondunn.com

*Attorney for Defendant Louis Vuitton North America, Inc.*

*/s/ Michael W. McTigue Jr.*
Michael W. McTigue Jr.
SKADDEN, ARPS, SLATE, MEAGHER & FLOM LLP
One Manhattan West
New York, NY 10001
Telephone: (212) 735-3529
Facsimile: (917) 777-3529
michael.mctigue@skadden.com

*Attorney for Defendant Trans Union LLC*

*/s/ Tina Wolfson*
Tina Wolfson
Robert Ahdoot
**AHDOOT & WOLFSON, PC**
2600 W. Olive Avenue, Suite 500
Burbank, CA 91505-4521
T: (310) 474-9111
F: (310) 474-8585
twolfson@ahdootwolfson.com
rahdoot@ahdootwolfson.com

Gary M. Klinger
**MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN PLLC**
227 W. Monroe Street, Suite 2100
Chicago, IL 60606
T: (866) 252-0878
gklinger@milberg.com

Counsel for Plaintiff Malcolm Scott and the Proposed Class in *Scott v. Salesforce et al.*, No. 3:25-cv-7232 (N.D. Cal.); *Scott v. Farmers Insurance Exchange et al.*, No. 2:25-cv-8032 (C.D. Cal.)

Jeff Ostrow
**KOPELOWITZ OSTROW P.A.**
One West Las Olas Blvd., Suite 500
Fort Lauderdale, FL 33301
T: (954) 332-4200
ostrow@kolawyers.com

Counsel for Plaintiff Zenaida Medina and the Proposed Class in *Medina v. Salesforce, Inc. et al.*, No. 3:25-cv-7245 (N.D. Cal.)

Joseph W. Cotchett
Thomas E. Loeser
**COTCHETT, PITRE & McCARTHY, LLP**
840 Malcolm Rd #200
Burlingame, CA 94010
T: (650) 697-6000
jcotchett@cpmlegal.com
tloeser@cpmlegal.com

Counsel for Plaintiffs Eliot Canick, Dwhitney Emanuel, Cynthia Montalvan, and Susan Styer and the Proposed Class in *Canick et al. v. Salesforce, Inc. et al.*, No. 3:25-cv-7306 (N.D. Cal.)